# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br>v.<br>OFIR FRIEDEN,<br>　　Defendant. | Case No.: 2:21-cr-00184-GMN-NJK<br>**Order**<br>[Docket No. 12] |

Pending before the Court is Defendant's motion to appear by videoconference. Docket No. 12. Defendant asks the Court for the ability to appear by videoconference at his initial appearance and arraignment and plea scheduled on August 20, 2021 at 2:30 PM. Defendant submits that, during his initial arrest, his identification cards were taken from him and have not been returned, making traveling to Nevada from California impossible.

For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 113. Mr. Frieden shall appear via video conference for his initial appearance and arraignment and plea on August 20, 2021 at 2:30 PM. No later than August 19, 2021, counsel must contact Ari Caytuero, the undersigned's Courtroom Administrator, to make the necessary arrangements.

IT IS SO ORDERED.

Dated: August 18, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge