**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OFIR FRIEDEN,<br><br>Defendant. | Case No. 2:21-cr-184-JCM-NJK<br><br>STIPULATION TO ALLOW DEFENDANT TO TRAVEL |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and DANIEL SCHIESS, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant, OFIR FRIEDEN, be allowed to travel from California to Las Vegas for purposes of meeting with undersigned counsel on or about November 9, 2022.

This stipulation is entered into for the following reasons:

1. This is the first request of this nature.

2. Defense Counsel has scheduled an in-person/in-office meeting with the Defendant to review the discovery and further prepare the matter for resolution. Moreover, Defense counsel and the Assistant United States Attorney have

1

scheduled an in-person meeting with Defendant for purposes of potential negotiation of Defendant's case.

3. Defendant has been in contact with his pre-trial services officer about this travel request and was informed the conditions of his pre-trial release are only allowed for purposes of Court appearances. Further, Defendant was instructed by his pre-trial services officer that he should have Defense counsel seek Court approval for the instant request.

4. The parties agree that the Defendant should be permitted to travel to Las Vegas, NV for the purposes outlined herein.

DATED this 1st day of November, 2022.

Respectfully submitted,

| | |
|---|---|
| HOFLAND & TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
| */s/ Joshua Tomsheck* <br>JOSHUA TOMSHECK, ESQ.<br>Counsel for Defendant<br>OFIR FRIEDEN | */s/ Daniel Schiess* <br>DANIEL SCHIESS, ESQ.<br>Assistant United States Attorney |

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>OFIR FRIEDEN,<br><br>　　　　　　Defendants. | Case No.  2:21-cr-184-JCM-NJK<br><br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first request of this nature.

2. Defense Counsel has scheduled an in-person/in-office meeting with the Defendant to review the discovery and further prepare the matter for resolution. Moreover, Defense counsel and the Assistant United States Attorney have scheduled an in-person meeting with Defendant for purposes of potential negotiation of Defendant's case.

3. Defendant has been in contact with his pre-trial services officer about this travel request and was informed the conditions of his pre-trial release are only allowed for purposes of Court appearances.  Further, Defendant was instructed by his pre-trial services officer that he should have Defense counsel seek Court approval for the instant request.

4. The parties agree that the Defendant should be permitted to travel to Las Vegas, NV for the purposes outlined herein.

**ORDER**

IT IS THEREFORE ORDERED, that Defendant, OFIR FRIEDEN, shall be granted permission to travel to Las Vegas, Nevada between on Monday November 7, 2022 and Thursday November 10, 2022 (including travel days) to meet with his counsel and counsel for the Government for purposes of potential negotiation of his pending case.

DATED: November 2, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2