**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:21-cr-00184-JCM-NJK |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| OFIR FRIEDEN, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and DANIEL SCHIESS, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant, OFIR FRIEDEN, that the Sentencing and Disposition currently scheduled for May 31, 2023 at 10:30 a.m. be continued to a date convenient for the Court no earlier than August 14, 2023.

This stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for the Defendant needs additional time to review and prepare for Sentencing. Additionally, counsel have prearranged leave scheduled for the month of July and therefore designed this stipulation to accommodate those absences.

3. Mr. Frieden has family in Israel that may want to attend the sentencing proceeding either in person or by video. Setting a firm date for the sentencing sometime in the future will assist planning.

4. The parties agree to the continuance.

5. The defendant is not in custody and does not object to this continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 24th day of May, 2023.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| */s/ Joshua Tomsheck* | */s/ Daniel Schiess* |
| JOSHUA TOMSHECK, ESQ. | DANIEL SCHIESS, ESQ. |
| Counsel for Defendant | Assistant United States Attorney |
| OFIR FRIEDEN | |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA | Case No.:   2:21-cr-00184-JCM-NJK |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| OFIR FRIEDEN, | (First Request) |
| Defendant. | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for the Defendant needs additional time to review and prepare for Sentencing. Additionally, counsel have prearranged leave scheduled for the month of July and therefore designed this stipulation to accommodate those absences.

3. Mr. Frieden has family in Israel that may want to attend the sentencing proceeding either in person or by video. Setting a firm date for the sentencing sometime in the future will assist planning.

4. The parties agree to the continuance.

5. The defendant is not in custody and does not object to this continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

ORDER

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for May 31, 2023 at 10:30 a.m. be continued to **August 18, 2023, at 10:00 a.m.**

DATED May 26, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant