**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:   2:21-cr-00184-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| OFIR FRIEDEN, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and DANIEL SCHIESS, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant, OFIR FRIEDEN, that the Sentencing and Disposition currently scheduled for September 27, 2023, at 10:00 a.m. be continued to a date convenient for the Court no earlier than thirty (30) days.

This stipulation is entered into for the following reasons:

1. That this is the third sentencing continuance requested;

2. That defense counsel has a scheduling conflict and will be out of the jurisdiction making him unavailable for the current setting.

3. That defense counsel is scheduled to start a jury trial in Nevada state court in the case of *State v. Boyer*, Case No. C-20-350357-1 on October 2, 2023.

4. That defense counsel is also currently set to begin an in-custody Jury Trial on a re-trial double murder case from a previous capital verdict in Case No. 06C224572-3 with a firm setting commencing on October 9, 2023.

5. That counsel has consulted with Mr. Frieden about this continuance. Mr. Frieden, who is not in custody at this time, supports this request for more time as he is still in the process of saving up for, and scheduling, dental work that would be advantageous for him to complete before serving his federal sentence and facing removal from the country thereafter.

6. That the government has graciously agreed to not oppose this request.

7. That defense counsel will need some time after recently concluding a 4-week re-trial in *State v. Randolph* in case no. 09C250966 on a double murder case to finish compiling mitigation materials, preparing a sentencing memorandum, and otherwise preparing for sentencing.

8. That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

9.  For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.  The parties request a continuance of at least thirty (30) days.

Dated: September 18, 2023.

Respectfully submitted,

HOFLAND & TOMSHECK                          JASON M. FRIERSON
                                            United States Attorney

*/s/ Joshua Tomsheck*                        */s/ Daniel Schiess*
JOSHUA TOMSHECK, ESQ.                       DANIEL SCHIESS, ESQ.
Counsel for Defendant                       Assistant United States Attorney
OFIR FRIEDEN

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

Plaintiff,

vs.

OFIR FRIEDEN,

Defendant.

Case No.:   2:21-cr-00184-JCM-NJK

**ORDER TO CONTINUE**
**SENTENCING**
**(Third Request)**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.   That this is the third sentencing continuance requested;

2.   That defense counsel has a scheduling conflict and will be out of the jurisdiction making him unavailable for the current setting.

3.   That defense counsel is scheduled to start a jury trial in Nevada state court in the case of *State v. Boyer*, Case No. C-20-350357-1 on October 2, 2023.

4.   That defense counsel is also currently set to begin an in-custody Jury Trial on a re-trial double murder case from a previous capital verdict in Case No. 06C224572-3 with a firm setting commencing on October 9, 2023.

5.   That counsel has consulted with Mr. Frieden about this continuance.  Mr. Frieden, who is not in custody at this time, supports this request for more time as he is still in the process of saving up for, and scheduling, dental work that would be advantageous for him to complete before serving his federal sentence and facing removal from the country thereafter.

6.   That the government has graciously agreed to not oppose this request.

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

7.     That defense counsel will need some time after recently concluding a 4-week re-trial in *State v. Randolph* in case no. 09C250966 on a double murder case to finish compiling mitigation materials, preparing a sentencing memorandum, and otherwise preparing for sentencing.

8.     That, for the aforementioned reasons, denial of this request for continuance could result in a miscarriage of justice.

9.     For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case. The parties request a continuance of at least thirty (30) days.

Dated: September 18, 2023.

## **ORDER**

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for September 27, 2023, at 10:00 a.m. be continued to October 27, 2023 at 11:00 A.M.

DATED September 20, 2023.

_____
UNITED STATES DISTRICT JUDGE

**HOFLAND & TOMSHECK**
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910