IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

OFIR FRIEDEN,

        Defendants.

Case No. 2:21-cr-184-JCM-NJK

**ORDER EXONERATING BOND**

[Docket No. 65]

Based on the request of counsel, and the fact the government does not oppose that request, it is hereby **ORDERED** that the secured bond entered as to Ofir Frieden in the amount of $100,000, secured by $10,000.01 in cash deposited with the Court, *see* ECF No. 22, be exonerated and the $10,000.01 posted to secure the bond be returned to Natalie Frieden, the individual who posted that amount.

To ensure the money is refunded in the most expedient and efficient manner possible, if the money cannot be directly returned to the account from which it was posted, to ascertain the best means of returning the funds, the Clerk of the Court is directed to contact.

Natalie Frieden
Uziel 39 4th floor apartment 9
Ramat Gan zip code: 5238284
Israel
nataliefrieden87@gmail.com
1-314-851-8122

Dated: April 19, 2024

_____
United States Magistrate Judge

4